THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 
 The State, Respondent,
 
 
 
 
 

v.

 
 
 
 Christian Kelly
 Bryson, Appellant.
 
 
 
 

Appeal from Lexington County
G. Thomas Cooper, Jr., Circuit Court Judge

Unpublished Opinion No. 2010-UP-096
 Submitted January 1, 2010  Filed February
4, 2010   

APPEAL DISMISSED

 
 
 
 Acting Chief Appellate Defender Robert M.
 Dudek, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster,
 Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney
 General Donald J. Zelenka, all of Columbia; Solicitor Donald V. Myers, of Lexington
 for Respondent.
 
 
 

PER CURIAM: Christian Kelly Bryson appeals his convictions and
 sentences for murder, armed robbery, and possession of a firearm during a
 violent crime, arguing the trial court erred in not instructing the jury on
 voluntary manslaughter.  Bryson filed a separate pro se brief.  After a thorough review of the record and
 both briefs, pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss the appeal and
 grant counsel's motion to be relieved.[1]
APPEAL
 DISMISSED.
WILLIAMS, PIEPER, and Lockemy, JJ., concur. 

[1] We decide this case without oral argument
 pursuant to Rule 215, SCACR.